**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00053-REB

ALVIN R. GUTIERREZ

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**AMENDED JUDGMENT**

Pursuant to the Order granting Defendant's Unopposed Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) by Judge Robert E. Blackburn entered on October 8, 2014 the following Amended Judgment is hereby entered. It is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is REVERSED.  Judgment is entered in favor of plaintiff against the commissioner. The Commissioner is DIRECTED to find that plaintiff is disabled under the Social Security Act.  This case is REMANDED to the Commissioner for the limited purpose of determining the date of onset of Plaintiff's disability.

    Dated at Denver, Colorado this 8th day of October, 2014.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By: s/   s/A.Lowe

s/A.Lowe
Deputy Clerk